UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ARTHUR J. MARSHALL, JR., )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No. CV111-097<br>CR109-078 |

## ORDER

Familiarity with the Court's October 6, 2015 Order in this case is assumed. CR111-097, doc. 37. Because this situation is similar enough to the "lost-appeal" issue in *Thompson v. United States*, CV415-064 (S.D. Ga.), the Court appoints Howard W. Anderson, III, who is representing defendant David Thompson on direct appeal in that case, *id.*, doc. 13, to represent defendant Arthur J. Marshall, Jr. here. Anderson is **DIRECTED** to review the file, then confer with Marshall and the Government on whether it makes sense to travel the same path taken in *Thompson*. *Id.* (Order directing Anderson to file a direct appeal on

Thompson's behalf, thereby obviating the evidentiary hearing on Thompson's "lost appeal," § 2255 claim).[1]

**SO ORDERED,** this 14TH day of October, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

---

[1] Anderson is reminded to include both the civil *and* criminal case numbers in all future § 2255 filings.